# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Polo Gear Intellectual Properties, Inc. et al   v.   PRL USA Holdings, Inc.

No. 16-2478

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: PRL USA Holdings, Inc.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Daniel I. Schloss
Law Firm: Greenberg Traurig, LLP
Address: 200 Park Avenue, 38th Floor
City, State and Zip: New York, NY 10166
Telephone: 212-801-2256
Fax #: 212-805-5571
E-mail address: schlossd@gtlaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: August 24, 2016    Signature of pro se or counsel: /s/ Daniel I. Schloss
cc: Counsel for Appellants via ECF

Reset Fields