# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 16-2478

Polo Gear Intellectual Properties, Inc. et al.

v.

PRL USA Holdings, Inc.

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent   PRL USA Holdings, Inc.

Party is (select one)
- ☐ Appellant/Petitioner
- ☒ Appellee/Respondent
- ☐ Cross-Appellant
- ☐ Intervenor

Tribunal appealed from and Case No.   TTAB Opposition Nos. 91207805, 91221338

Date of Judgment/Order   June 14, 2016       Type of Case   Trademark Opposition Proceedings

Relief sought on appeal   Affirmance of TTAB decisions denying relief from judgments

Relief awarded below (if damages, specify)   Denial of relief from judgments

Briefly describe the judgment/order appealed from   Denial of Appellants' motions for relief from judgments

Nature of judgment (select one)
- ☒ Final Judgment, 28 USC 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type)
- ☐ Other (explain; see Fed. Cir. R. 28(a)(5))

FORM 26.  Docketing Statement

Form 26
Rev. 02/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

N/A

Brief statement of the issues to be raised on appeal

Appellee believes the TTAB decisions were correct in all respects and should be affirmed.

Have there been discussions with other parties relating to settlement of this case? ☒ Yes ☐ No  If "yes," when were the last such discussions?

- ☒ Before the case was filed below?
- ☒ During the pendency of the case below?
- ☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? ☐ Yes ☒ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes ☒ No

If you answered no, explain why not

Appellants' conduct in the prior negotiations severely undermined trust between the parties.  Further, the issues are straightforward.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

24th day of August 2016,

by: First-Class mail and ECF

(manner of service)

| | |
|---|---|
| Daniel I. Schloss | /s/ Daniel I. Schloss |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Greenberg Traurig, LLP |
| Address | 200 Park Avenue, 38th Floor |
| City, State, ZIP | New York, NY 10166 |
| Telephone Number | 212-801-2256 |
| FAX Number | 212-805-5571 |
| E-mail Address | schlossd@gtlaw.com |

Reset Fields