# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 16-2478

Polo Gear Intellectual Properties, Inc. et al.

v.

PRL USA Holdings, Inc.

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: Polo Gear Intellectual Properties, Inc. and Pologear LLC

Party is (select one):
- ☒ Appellant/Petitioner
- ☐ Cross-Appellant
- ☐ Appellee/Respondent
- ☐ Intervenor

Tribunal appealed from and Case No.: USPTO TTAB Opposition Nos. 91207805, 91221338

Date of Judgment/Order: June 14, 2016

Type of Case: Trademark Opposition Proceedings

Relief sought on appeal: Reverse the TTAB's denial of Petitioner's motion for reconsideration and relief from judgment

Relief awarded below (if damages, specify): None

Briefly describe the judgment/order appealed from: Trademark Trial and Appeal Board's decision ordering motion for relief from judgment denied.

Nature of judgment (select one):
- ☒ Final Judgment, 28 USC 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type)
- ☐ Other (explain; see Fed. Cir. R. 28(a)(5))

**FORM 26. Docketing Statement**

Form 26
Rev. 02/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

Brief statement of the issues to be raised on appeal   Whether the TTAB abused its discretion or otherwise erred in denying Defendants' Motion For Reconsideration and Relief from Judgment, filed February 22, 2016, which requested that the TTAB reconsider its order of January 20, 2016 and set aside or vacate the Default Judgment granted therein.

Have there been discussions with other parties relating to settlement of this case? ☒ Yes ☐ No  If "yes," when were the last such discussions?

- ☒ Before the case was filed below?
- ☒ During the pendency of the case below?
- ☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? ☐ Yes ☒ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☒ Yes ☐ No

If you answered no, explain why not

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

26th day of August , 2016

by: First-Class mail and CM/ECF

(manner of service)

| Robert Allen Rowan | /s/ Robert A. Rowan |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Nixon & Vanderhye P.C.

Address: 901 North Glebe Road, 11th Floor

City, State, ZIP: Arlington, VA 22203

Telephone Number: (703) 816-4000

FAX Number: (703) 816-4100

E-mail Address: RAR@nixonvan.com

Reset Fields