NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLO GEAR INTELLECTUAL PROPERTIES, INC., POLOGEAR LLC,**
*Appellants*

v.

**PRL USA HOLDINGS, INC.,**
*Appellee*

---

2016-2478, 2016-2568

---

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91207805, 91221338, and 91224180.

---

**O R D E R**

The above-captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

Accordingly,

IT IS ORDERED THAT:

The above-captioned appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than October 5, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31